# Compensation Worksheet

**Case Number: 20-81272**
**Debtor: Abercrombies Tire Center, Inc.**

## Computation of Compensation

Total compensable disbursements are:
Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | $106,900.00 |
|  | Receipts | $106,900.00 | 25% of first 5,000 | $1,250.00 |
| Less |  | $5,000.00 | ($1250.00 Max) |  |
|  | Balance | $101,900.00 | 10% of next 45,000 | $4,500.00 |
| Less |  | $45,000.00 | ($4500.00 Max) |  |
|  | Balance | $56,900.00 | 5% of next 950,000 | $2,845.00 |
| Less |  | $950,000.00 | ($47,500.00 Max) |  |
|  | Balance | $0.00 | 3% of balance | $0.00 |

Total Compensation Calculated: $8,595.00

Less Previously Paid Compensation:

**Total Compensation Requested:** $8,595.00

Signed  /s/Tazewell Shepard

Trustee:  Tazewell Shepard
303 Williams Avenue, Suite 1411
Huntsville, AL  35801

# Trustee Expenses

**Case Number: 20-81272**

**Debtor: Abercrombies Tire Center, Inc.**

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|------|-------------|----------|-----------------|---------------|-------|
| 09/05/2022 | Photocopies: Copies<br>Projected Reimbursable photocopy expense(5x34) for Notice of Trustee's Final Report | 170.000000 | Page(s) | $0.25 | $42.50 |
| | | 170.000000 | | | $42.50 |
| 09/05/2022 | Postage: Postage<br>Projected Reimbursable postage expense for mailing Notice of Trustee's Final Report | 34.000000 | Unit(s) | $0.80 | $27.20 |
| 09/05/2022 | Postage: Postage<br>Projected postage expense for mailing claimant disbursement checks. | 3.000000 | Unit(s) | $0.60 | $1.80 |
| | | 37.000000 | | | $29.00 |
| | **Total Expenses** | | | | **$71.50** |

### Expense Recap

| | | |
|--|--|--|
| Photocopies | $42.50 | |
| Postage | $29.00 | |
| **Total Expenses** | **$71.50** | |

**Total Expenses:** $71.50

**Less Previously Paid Expenses:** $0.00

**Total Expenses Requested:** $71.50

Signed  /s/ Tazewell Shepard          Trustee:  TAZEWELL T. SHEPARD, TRUSTEE
303 Williams Avenue
Suite 1411
Huntsville, AL 35801