IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: John Joseph Abercrombie, Jr. | ) | Case No.: 19-82913-CRJ-7 |
| SSN: xxx-xx-8405 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

*************************************************************************

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ABERCROMBIE TIRE CENTER | ) | CASE NO.: 20-81272-CRJ-7 |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |

**BANKRUPTCY ADMINISTRATOR'S STATEMENT OF
POSITION REGARDING CHAPTER 7 FINAL REPORT IN ABERCROMBIE
TIRE CENTER CASE NO. 20-81272-CRJ-7**

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under Title II of the United States Code. This Bankruptcy Administrator's Statement of Position Regarding Chapter 7 Final Report is filed pursuant to that authority.

2. I, Richard M. Blythe, Division Attorney for the Bankruptcy Administrator's Office for the Northern District of Alabama, Northern Division, hereby certify that I have reviewed the final report filed by the trustee in the ABERCROMBIE TIRE CENTER, CASE NO.: 20-81272-CRJ-7 and have found no basis upon which to raise any objection or reservation regarding any aspect of the same.

3. The Trustee is treating as unsecured, and proposes to pay an equal pro rata dividend on the timely filed claims. Said claimants have the right to object to the treatment of their claims in the manner provided for in the Notice of Final Hearing to be mailed by the Trustee's office.

4. Taxing authorities filing Priority claims will be paid in full on their timely filed claim. Claimants have the right to object to the treatment of their claims in the manner provided for in the Notice of Final Hearing.

**SEE COPY OF TRUSTEE'S PROPOSED DISTRIBUTION ATTACHED TO NOTICE OF HEARING ON FINAL REPORT.**

Respectfully submitted this date: September 15, 2022

J. THOMAS CORBETT
United States Bankruptcy Administrator
Northern District of Alabama

BY: /s/ Richard M. Blythe
     Richard M. Blythe
     Assistant U.S. Bankruptcy Administrator
     Bar ID No. ASB-3199-B52R